IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20705
Summary Calendar

_____

BLAKE FLORIN HARRIS,

Plaintiff-Appellant,

versus

GLENDA ADAMS; MICHAEL WARREN;
HERMAN E. SCHAFFER; J.D. WILLIAMS, JR.,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CV-3081
--------------------
March 1, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Blake Florin Harris ("Harris") filed a pro se 42 U.S.C. § 1983 complaint alleging that Glenda Adams ("Dr. Adams"), Eastern Regional Medical Director of the Texas Department of Criminal Justice ("TDCJ"), Michael Warren ("Dr. Warren"), Deputy Director for Health Services of the TDCJ, Herman Schaffer ("Dr. Schaffer"), and J. D. Williams, Jr. ("Dr. Williams") violated his constitutional rights under the Eighth and Fourteenth Amendments.

Following a hearing pursuant to Cay v. Estelle, 789 F.2d 318 (5th

_____

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

Cir. 1986), and <u>Spears v. McCotter</u>, 766 F.2d 179 (5th Cir. 1985), the district court dismissed Harris' action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  We have reviewed the briefs and the record and conclude that the district court did not abuse its discretion.  <u>See</u> <u>Black v. Warren</u>, 134 F.3d 732, 733-34 (5th Cir. 1998).  The district court's decision is AFFIRMED, and Harris' motion for the appointment of counsel is DENIED.

AFFIRMED.  MOTION FOR APPOINTMENT OF COUNSEL DENIED.